UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI MINFANG,<br><br>    Plaintiff,<br><br>    v.<br><br>TENCENT HOLDING, LTD., et al.,<br><br>    Defendants. | Case No. 19-cv-00686-WHO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    Plaintiff Li Minfang, who is not represented by counsel, filed this action on February 7, 2019. At the first Case Management Conference on May 7, 2019, I advised her that she had not served the defendants properly and that while 90 days had passed since she had filed the case, I recognized that she was not represented and that it is difficult to accomplish service in a foreign country. I told her about our Legal Help Desk, which she said she had utilized, and that I would set a new Case Management Conference on August 20, 2019. I directed her to perfect service by that date. Prior to the second Case Management Conference, which Ms. Li attended with an interpreter, Ms. Li filed a statement describing her efforts to serve defendants and a motion for entry of default that the Clerk's Office had denied for insufficient service. Although service had not been accomplished by August 20, 2019, given her efforts I gave her a final chance to serve the defendants prior to November 19, 2019. I set a third Case Management Conference on November 26, 2019. I learned in November that Ms. Li had moved to China and continued the Case Management Conference to February 25, 2020.

    Service has not yet occurred. At today's Case Management Conference, as in the past, through her interpreter Ms. Li insisted that the service that has been found insufficient was in fact proper. She does not appear to listen to what I have to say, and I do not see how she could litigate

this case from China even if service was proper. But for the fundamental reason that she has not perfected service of the defendants after more than a year, I DISMISS this case. Dismissal is without prejudice, which means that Ms. Li can file a new complaint. Such a filing will be futile unless she effects proper service.

**IT IS SO ORDERED.**

Dated: February 25, 2020

William H. Orrick
United States District Judge